DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S 10-088 EJG |
| Plaintiff, ) | RELEASE ORDER |
| v. ) | Date: June 17, 2011 |
| ) | Time: 10:00 a.m. |
| CHANDRA POUNDS, ) | Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| _____ ) | |

On June 17, 2011, this matter came before the Court for disposition. Counsel for Ms. Pounds has consulted with counsel for the United States and with the probation officer Mr. Jack Roberson. Both Counsel and Mr. Roberson agree that the Court should order the U.S. Marshals to release Ms. Pounds to Michael Eric Olden. The U.S. Marshal and/or the Sacramento County Sheriff's Department is to release Ms. Pounds to Michael Eric Olden on Sunday, June 19, 2011 at the Sacramento County Jail located at 651 I Street, Sacramento, CA 95814.

Good cause appearing therefore, **IT IS ORDERED** that Ms. Pounds be released by the U.S. Marshals and/or the Sacramento County Sheriff from federal custody on June 19, 2011 to Michael Eric Olden.

Dated: June 17, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge