DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S 10-088 EJG |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING |
| v. ) | |
| CHANDRA POUNDS, ) | Date:  March 9, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CHANDRA POUNDS that the Dispositional hearing date set for February 17, 2012, be continued to March 9, 2012, at 10:00 a.m.

    The reason for this continuance is to allow defense counsel to obtain records of Ms. Pounds' mental health treatment and diagnoses directly from the service providers. Counsel received contact information not previously in her possession for the service providers on February 14, 2012 from the probation officer. The probation officer suggested this solution in place of the full disclosure of the probation file. This alleviates the need for travel to and from Modesto where the probation officer's office is located.

///

///

1

United States Probation Officer, Jack Roberson has no objection to the new scheduled date.

DATED:  February 15, 2012              Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender

                                       /s/ Courtney Fein
                                       COURTNEY FEIN
                                       Assistant Federal Defender
                                       Attorney for CHANDRA POUNDS

DATED:  February 15, 2012              BENJAMIN WAGNER
                                       United States Attorney

                                       /s/ Todd Pickles
                                       TODD PICKLES
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 17, 2012, Dispositional hearing be continued to March 9, 2012, at 10:00 a.m.

Dated:   February 15, 2012

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA
                                       United States District Judge

2