DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHANDRA POUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CHANDRA POUNDS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:10-CR-00088 EJG <br><br> **PETITION REQUESTING DISCLOSURE OF PROBATION RECORDS; ORDER** <br><br> Judge:  Hon. Edward J. Garcia <br> Date:   March 23, 2012 <br> Time:   10:00 a.m.  PST |

Ms. Pounds is scheduled to appear before the court for disposition of the petition to revoke her supervised release on March 23, 2012 at 10:00 a.m.

Pursuant to Local Rule 461 of the Eastern District of California, Ms. Pounds hereby requests that the Court order Probation to disclose a copy of any and all mental health treatment records or substance abuse treatment records including information regarding any diagnosis, medication and/or treatment provided to Ms. Chandra Pounds or in the alternative make the original records available, to her counsel, Courtney Fein, Assistant Federal Defender.

Local Rule 461 authorizes the Court to order the release of otherwise-confidential

probation records upon a showing by any party of "the need for specific records."

Defense counsel has made repeated attempts to obtain the records directly from the individual treatment providers. The only treatment provider to respond to the request is EAP, Inc. 1068 East Ave #A-1 Chico, CA 95926. This request is as to the remaining treatment providers listed below.

Defense counsel in this case would like the opportunity to review treatment records of any mental health treatment, substance abuse treatment, or other psychiatric treatment and/or diagnosis that Ms. Pounds received at The Effort Rehabilitation Center 1820 J Street Sacramento, CA 95814; at Geo Group Inc., 111 Taylor Street San Francisco, CA; from Dr. Brian Mackin 350 University Ave Suite 101 Sacramento, CA 95825; and from Barrie Lamonte, 6521 Longridge Way Sacramento, CA. The request for mental health treatment and diagnosis records in this case is to investigate the following: (1) Ms. Pounds' mental health condition, specifically her diagnosis of paranoid schizophrenia, (2) the type of treatment for this specific condition, if any, that she received while on supervision, and (3) the effect of Ms. Pounds' mental illness if any on her behavior and her ability to comply with the conditions of supervision.

Ms. Pounds is alleged to have violated supervision in one primary respect: that she tested positive for methamphetamine. Information in the form of Ms. Pounds' medical records of diagnosis and treatment is in the possession of the United States Probation Office. Based on the Pre-Sentence Report in the case underlying this term of supervision, there is no question that Ms. Pounds was diagnosed with schizophrenia at the age of 18. *See* PSR at 15 ¶ 60a. Defense counsel must be allowed to examine the file in full in order to effectively represent Ms. Pounds at the disposition hearing.

A proposed order is attached for the Court's convenience. Defense counsel does not necessarily require a hard copy of the records; counsel would be grateful for an electronic copy.

of Probation Records                    -2-

1
2                                  Respectfully submitted,
3                                  DANIEL J. BRODERICK
                                   Federal Defender
4
5  Dated:  March 14, 2012          /s/  Courtney Fein
                                   COURTNEY FEIN
6                                  Assistant Federal Defender
                                   Attorney for CHANDRA POUNDS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The probation officer is hereby ordered to provide to defendant copies of all treatment records from the following treatment providers: The Effort Rehabilitation Center 1820 J Street Sacramento, CA 95814;  Geo Group Inc., 111 Taylor Street San Francisco, CA; Dr. Brian Mackin 350 University Ave Suite 101 Sacramento, CA 95825; Barrie Lamonte, 6521 Longridge Way Sacramento, CA (including information stored in an electronic format).

IT IS SO ORDERED.

Dated:   March 14, 2012              /s/ Edward J. Garcia
                                     HON. EDWARD J. GARCIA
                                     Senior United States District Judge