DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHANDRA POUNDS,<br><br>    Defendant.<br>_____ | No. Cr.S 10-088 EJG<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>Date:   March 30, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for CHANDRA POUNDS that the Dispositional hearing date set for March 23, 2012, be continued to March 30, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel to review records of Ms. Pounds' mental health treatment and diagnosis that the United States Probation Office will provide to counsel pursuant to the court's order issued Friday, March 15, 2012. Efforts to obtain records directly from the treatment providers failed, as only one treatment provider, EAP, Inc., responded to a request for records. Counsel needs time to review the records once received.

///

1

United States Probation Officer, Jack Roberson has no objection to the new scheduled date.

DATED: March 19, 2012                     Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Public Defender

                                                   /s/ Courtney Fein
                                                   COURTNEY FEIN
                                                   Assistant Federal Defender
                                                   Attorney for CHANDRA POUNDS

DATED: March 19, 2012                      BENJAMIN WAGNER
                                                  United States Attorney

                                                 /s/ Todd Pickles
                                                 TODD PICKLES
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

### ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2012, Dispositional hearing be continued to March 30, 2012, at 10:00 a.m.

Dated: March 20, 2012

                                                 /s/ Edward J. Garcia
                                                 EDWARD J. GARCIA
                                                 United States District Judge