DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHANDRA POUNDS

**FILED**

APR 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANDRA POUNDS,<br><br>Defendant. | No. Cr.S 10-088 EJG<br><br>ORDER TO SEAL EXHIBIT A TO THE SENTENCING MEMORANDUM AND DECLARATION OF COURTNEY D. FEIN<br><br>Date:   April 13, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY ORDERED that the Request to Seal be granted and that the document and the request to be filed under seal, permitting Assistant United States Attorney, Todd Pickles and Probation Officer Jeff Roberson access to these documents unless otherwise ordered by this Court at a later time.

DATED: 4/13/12          _____
                         EDWARD J. GARCIA
                         United States District Court Judge

1